**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**SAMUEL SEAY**                                                                                 **PLAINTIFF**

**VS.**                                                        **CAUSE NO:3:20-CV-265-DMB-RP**

**INSTITUTION OF HIGHER LEARNING,**
**UNIVERSITY OF MISSISSIPPI,**
**UNIVERSITY OF MISSISSIPPI POLICE**
**DEPARTMENT, INN AT OLEMISS,**
**UNIVERSITY OF MISSISSIPPI ALUMNI**
**ASSOCIATION, KIRK PURDOM;**
**CHIEF RAY HAWKINS, AND JOHN DOES I-XX**              **DEFENDANTS**

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Samuel Seay, counsel for the Plaintiff and counsel for Defendants, Institution of Higher Learning, University of Mississippi, University of Mississippi Police Department, Inn at Ole Miss, University of Mississippi Alumni Association, Kirk Purdom, Chief Ray Hawkins and John Does I-XX, and after agreement file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(ii) of the F.R.C.P., and would show this action should be dismissed fully and finally with prejudice as to the Plaintiff as signified by counsel who have appeared in this action for the parties, with each party to bear their own cost.

SO STIPULATED, this, the 30th day of August, 2021.

/s/ Samuel Seay
SAMUEL SEAY, PLAINTIFF

/s/ Adam F. Thrash
ADAM F. THRASH, COUNSEL FOR PLAINTIFF

/s/ Paul B. Watkins, JR.
PAUL B. WATKINS, JR.,
COUNSEL FOR DEFENDANTS; Institution of Higher Learning; The University of Mississippi; University of Mississippi Police Department; Inn at Ole Miss; Kirk Purdom; Chief Ray Hawkins


/s/ Jay M. Atkins
JAY M. ATKINS,
COUNSEL FOR DEFENDANT; University of Mississippi Alumni Association